UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHARLIE BILL BEAMON,

       Plaintiff,                               Case No. 4:05-cv-5

v                                       Hon. Wendell A. Miles


COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/


ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION


      Plaintiff Charlie Bill Beamon brought this action challenging the decision of the

Commissioner of Social Security ("the Commissioner") denying his claim for disability

insurance benefits under Title II of the Social Security Act.  On December 15, 2005, United

States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R")

recommending that the Commissioner's decision be reversed and that the matter be remanded for

further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).  On December 22, 2005,

plaintiff filed a response to the R & R (doc. no. 12).  Plaintiff's response does not identify any

specific objections to the R & R.  Instead, plaintiff's response includes his discussion of new

medical evidence, some of which he has appended to the response.  The defendant has not filed

objections to the R & R and has not replied to plaintiff's submission.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this

action, and having reviewed the new medical evidence submitted by plaintiff, concludes that this evidence was not part of the administrative record because the evidence is dated after the action was filed in this court.   IT IS THEREFORE ORDERED that the R & R is adopted by this court and that this matter is REMANDED to the Secretary of Health and Human Services pursuant to sentence four of 42 U.S.C. § 405(g).

Entered this 9th day of February, 2006.


/s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge

2